**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE:<br>HASHIMOTO, PAUL N<br>HASHIMOTO, CYNTHIA K<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 08-70910 MB<br><br>HONORABLE MANUEL BARBOSA |

Social Security/Employer Tax ID Number: XXX-XX-4136

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: MAY 18, 2009
    at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 52.74 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 3,275.00 | |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 1,550.06 | |

4. The Trustee's Final Report shows total:

    a. Receipts $ 8,000.55

    b. Disbursements $ 0.00

    c. Net Cash Available for Distribution $ 8,000.55

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,122.75, to be distributed to the general unsecured creditors whose

claims have been allowed. The total amount of unsecured claims which will share in the distribution is $105,530.11, resulting in an approximate distribution of 2.96% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: April 14, 2009                        For the Court,

                                            By: /s/ BERNARD J NATALE

                                                Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                  Date Rcvd: Apr 16, 2009
Case: 08-70910                Form ID: pdf002             Total Served: 60

The following entities were served by first class mail on Apr 18, 2009.
db/jdb        +Paul N Hashimoto,   Cynthia K Hashimoto,   9766 Compton Drive,   Huntley, IL 60142-2340
aty           +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
12090576       Alexian Brothers Medical Center,   Lock Box 22589,   22589 Network Place,
               Chicago, IL 60673-1225
12090577      +American Eagle Bank,   556 Randall Road,   S. Elgin, Illinois 60177-3315
12090579      +American Express,   c/o NCO Financial,   Post Office Box 15773,   Wilmington, DE 19850-5773
12090580       American Express,   Customer Service,   Post Office Box 7863,   Ft. Lauderdale, FL 33329-7863
12454293       American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12090581       Bank of America,   Recovery Department,   Post Office Box 2278,   Norfolk, VA 23501-2278
12090582       Best Buy/HRS USA,   Post Office Box 17298,   Baltimore, MD 21297-1298
12090583      +Bill Me Later,   Post Office Box 105658,   Atlanta, GA 30348-5658
12090585      +CB USA Sears,   Post Office Box 6189,   Sioux Falls, SD 57117-6189
12369572      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12090584       Capital One,   1957 Westmoreland Road,   Post Office Box 26094,   Richmond, VA 23260-6094
12090586      +Chase Bank,   Post Office Box 15153,   Wilmington, DE 19886-5153
12375329      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12090587      +Chase Card Service,   c/o Michael Fine, Attorney,   131 S. Dearborn,   Chicago, IL 60603-5517
12090588       Chase Card Service,   Post Office Box 15129,   Wilmington, DE 19850-5129
12090589       Dell Financial Services,   Post Office Box 81577,   Austin, TX 78708-1577
12384672       Dell Financial Services, LLC,   c/o Resurgent Capital Services,   P.O. Box 10390,
               Greenville, SC 29603-0390
12090590      +Discount Tires,   GE Money Bank,   Post Office Box 960061,   Orlando, FL 32896-0061
12090592      +Exxon/Mobil,   Post Office Box 103031,   Roswell, Georgia 30076-9031
12090595       HSBC Card Services,   Post Office Box 21460,   Tulsa, OK 74121-1460
12090597      +Lane Bryant,   Post Office Box 659562,   San Antonio, TX 78265-9562
12090598      +Menards/Household Bank,   Attn: Bankruptcy,   Post Office Box 15521,   Wilmington, DE 19850-5521
12090599      +Metro-Bensenville, FPD, #2,   Post Office Box 1408,   Elmhurst, IL 60126-8408
12377739       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12090600      +QVC,   Post Office Box 17602,   Baltimore, MD 21297-1602
12398843       SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,   FIRST EXPRESS,   PO BOX 856132,
               LOUISVILLE, KY 40285-6132
12604357      +Sallie Mae,   c/o Sallie Mae Inc,   220 Lasley Avenue,   Wilkes-Barre, Pa 18706-1496
12090601       Sallie Mae,   Post Office Box 9500,   WIlkes-Barre, PA 18773-9500
12090603      +Suburban Neurologist,   800 Biesterfield Rd., #2009,   Elk Grove Village, IL 60007-3364
12090605     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   5005 N. River Blvd., NE,
               Cedar Rapids, IA 52411-6634)
12090604       Target National Bank,   Post Office Box 59317,   Minneapolis, MN 55459-0317
12090606      +USAA Credit Card Service,   10750 McDermott Freeway,   San Antonio, TX 78288-1600
12090608      +Walmart Discover,   Post Office Box 960024,   Orlando, FL 32896-0024
12090610      +Washington Mutual,   Default Cash Processing,   7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
12090609      +Washington Mutual,   3990 S. Babcock Street,   Mail Stop MBO119FL,   Melbourne, FL 32901-8212
12090611      +Wells Fargo,   Post Office Box 98798,   Las Vegas, NV 89193-8798
12090612       Wells Fargo,   Post Office Box 54349,   Los Angels, CA 90054-0349
12692811      +Wells Fargo Financial Illinois Inc,   4137 121st Street,   Urbandale IA 50323-2310
12435611       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 17, 2009.
12090578      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:34      American Eagle Outfitters,
               Post Office Box 530942,   Atlanta, GA 30353-0942
12641080      +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:13:31      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12090591       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2009 08:15:05      Discover Financial Services,
               Post Office Box 8003,   Hilliard, Ohio 43026
12343821       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2009 08:15:05
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12587671      +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12322696      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:34      GE Consumer Finance,
               For GE Money Bank,   dba DISCOUNT TIRE/GEMB,   PO Box 960061,   Orlando FL 32896-0061
12090593      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:34      Home Depot,
               Monogram Credit Card Bk of GA,   7840 Roswell Rd., Bldg. 100, #210,
               Atlanta, Georgia 30350-6877
12090594      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:33      Home Shopping Network,
               Post Office box 981400,   El Paso, TX 79998-1400
12090596       E-mail/PDF: cr-bankruptcy@kohls.com Apr 17 2009 07:50:08      Kohls,   Post Office Box 2983,
               Milwaukee, WI 53201-2983
12641081      +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:14:11
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12322700      +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:13:29
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12322724      +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:13:41
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
```

```
District/off: 0752-3              User: lorsmith              Page 2 of 2              Date Rcvd: Apr 16, 2009
Case: 08-70910                    Form ID: pdf002             Total Served: 60

The following entities were served by electronic transmission (continued)
12322697     +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:13:26
              Recovery Management Systems Corporation,   For GE Money Bank,   dba AMERICAN EAGLE,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12322699     +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:14:09
              Recovery Management Systems Corporation,   For GE Money Bank,   dba HOME SHOPPING NETWORK,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12322723     +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:13:27
              Recovery Management Systems Corporation,   For GE Money Bank,   dba QCARD,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12322702     +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:14:01
              Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART DISCOVER CARD,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12090602     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:33    Sams Club,   Post Office Box 981064,
              El Paso, TX 79998-1064
12090607      E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:34    Walmart,   Post Office Box 981064,
              El Paso, TX 79998-1064
                                                                                                TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
12369573*    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2009**              **Signature:**   *Joseph Speetjens*