# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HASHIMOTO, PAUL N | § Case No. 08-70910 |
| HASHIMOTO, CYNTHIA K | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $327,376.00 | Assets Exempt: $64,595.00 |
| Total Distribution to Claimants: $3,122.75 | Claims Discharged Without Payment: $121,914.07 |
| Total Expenses of Administration: $4,877.80 | |

3) Total gross receipts of $ 8,000.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**



|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $219,631.18 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 4,877.80 | 4,877.80 | 4,877.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 57,200.30 | 125,036.82 | 125,036.82 | 3,122.75 |
| **TOTAL DISBURSEMENTS** | $276,831.48 | $129,914.62 | $129,914.62 | $8,000.55 |

4) This case was originally filed under Chapter 7 on March 28, 2008.
. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2009          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Compromise | 1229-000 | 8,000.00 |
| Interest Income | 1270-000 | 0.55 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.55** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual | 4110-000 | 67,953.05 | N/A | N/A | 0.00 |
| Washington Mututal | 4110-000 | 151,678.13 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$219,631.18** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 52.74 | 52.74 | 52.74 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,275.00 | 3,275.00 | 3,275.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,550.06 | 1,550.06 | 1,550.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,877.80 | 4,877.80 | 4,877.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery II | 7100-000 | N/A | 314.00 | 314.00 | 9.30 |
| Capital Recovery II | 7100-000 | N/A | 464.90 | 464.90 | 13.76 |
| Capital Recovery II | 7100-000 | N/A | 1,673.77 | 1,673.77 | 49.53 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Capital Recovery II | 7100-000 | N/A | 624.66 | 624.66 | 18.48 |
| Capital Recovery II | 7100-000 | N/A | 2,482.85 | 2,482.85 | 73.47 |
| Capital Recovery II | 7100-000 | N/A | 465.06 | 465.06 | 13.76 |
| Capital Recovery II | 7100-000 | N/A | 3,399.75 | 3,399.75 | 100.60 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 12,891.12 | 12,891.12 | 381.46 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 6,418.16 | 6,418.16 | 189.92 |
| CHASE BANK USA | 7100-000 | N/A | 732.64 | 732.64 | 21.68 |
| CHASE BANK USA | 7100-000 | N/A | 2,157.23 | 2,157.23 | 63.83 |
| CHASE BANK USA | 7100-000 | N/A | 5,648.79 | 5,648.79 | 167.15 |
| CHASE BANK USA | 7100-000 | N/A | 1,520.99 | 1,520.99 | 45.01 |
| CHASE BANK USA | 7100-000 | N/A | 7,201.54 | 7,201.54 | 213.10 |
| CHASE BANK USA | 7100-000 | N/A | 6,812.21 | 6,812.21 | 201.58 |
| Chase Bank USA,N.A | 7100-000 | N/A | 1,180.67 | 1,180.67 | 34.94 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 11,408.69 | 11,408.69 | 337.60 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 4,903.39 | 4,903.39 | 145.10 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,120.08 | 1,120.08 | 33.14 |
| Dell Financial Services, LLC | 7100-000 | N/A | 1,934.97 | 1,934.97 | 57.26 |
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 7100-000 | N/A | 951.28 | 951.28 | 28.15 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 205.44 | 205.44 | 6.08 |
| American Express Bank FSB | 7100-000 | N/A | 14,465.13 | 14,465.13 | 428.04 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 9,276.91 | 9,276.91 | 274.51 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 7,275.88 | 7,275.88 | 215.30 |
| Sallie Mae | 7200-000 | N/A | 11,816.90 | 11,816.90 | 0.00 |
| Wells Fargo Financial Illinois Inc | 7200-000 | N/A | 701.24 | 701.24 | 0.00 |
| Wells Fargo Financial Illinois Inc | 7200-000 | N/A | 571.26 | 571.26 | 0.00 |
| Wells Fargo Bank NA | | | 5,219.69 | 5,219.69 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | | | | |
|---|---|---|---|---|---|
| Wells Fargo Bank NA | 7200-000 | N/A | 1,197.62 | 1,197.62 | 0.00 |
| Toyota Financial Services | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| Washington Mututal | 7100-000 | 4,835.85 | N/A | N/A | 0.00 |
| Alexian Brothers Medical Center | 7100-000 | 349.89 | N/A | N/A | 0.00 |
| Best Buy/HRS USA | 7100-000 | 3,201.02 | N/A | N/A | 0.00 |
| Bill Me Later | 7100-000 | 13,353.56 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 3,081.30 | N/A | N/A | 0.00 |
| Kohls | 7100-000 | 1,193.81 | N/A | N/A | 0.00 |
| Menards/Household Bank | 7100-000 | 3,805.91 | N/A | N/A | 0.00 |
| Metro-Bensenville FPD #2 | 7100-000 | 1,198.00 | N/A | N/A | 0.00 |
| Sam's Club | 7100-000 | 3,452.82 | N/A | N/A | 0.00 |
| Suburban Neurologist | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| Target National Bank | 7100-000 | 7,238.22 | N/A | N/A | 0.00 |
| Target National Bank | 7100-000 | 461.68 | N/A | N/A | 0.00 |
| USAA Credit Card Service | 7100-000 | 2,818.24 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 57,200.30 | 125,036.82 | 125,036.82 | 3,122.75 |

UST Form 101-7-TDR (9/1/2009)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-70910
Case Name: HASHIMOTO, PAUL N
  HASHIMOTO, CYNTHIA K
Period Ending: 11/16/09

Trustee: (330370) BERNARD J. NATALE
Filed (f) or Converted (c): 03/28/08 (f)
§341(a) Meeting Date: 05/08/08
Claims Bar Date: 09/10/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | F9766 Compton Drive, obeHuntley, IL 264,000.00 | 264,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | account Bank | 6.00 | 6.00 | DA | 0.00 | FA |
| 4 | market account Funds | 1,145.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous household goods and furnishings | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous books and pictures | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel possession | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous jewelry Debtors' possession | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous sports equipment | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Cash value life insurance | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401(k) | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Back child support claim against Denise Moriarty | 3,600.00 | 0.00 | DA | 0.00 | FA |
| 13 | Back child support claim against Joe Ippolito | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2003 Kia Sedona; 90,000 miles subject to lien of | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Mitsubishi Galant; 140,000 miles, poor condition | 400.00 | 0.00 | DA | 0.00 | FA |
| 16 | Mitsubishi Lancer; 40,000 miles owned jointly so | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Honda 900 CB motorcycle; 8,500 miles possession | 350.00 | 0.00 | DA | 0.00 | FA |
| 18 | Computer possession | 175.00 | 0.00 | DA | 0.00 | FA |
| 19 | Compromise (u)<br>  Global Settlement | 0.00 | 8,000.00 | | 8,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.55 | FA |
| 20 | Assets   Totals (Excluding unknown values) | $327,376.00 | $8,006.00 | | $8,000.55 | $0.00 |

**Major Activities Affecting Case Closing:**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-70910 | | Trustee: | (330370) BERNARD J. NATALE |
|---|---|---|---|---|
| Case Name: | HASHIMOTO, PAUL N | | Filed (f) or Converted (c): | 03/28/08 (f) |
| | HASHIMOTO, CYNTHIA K | | §341(a) Meeting Date: | 05/08/08 |
| Period Ending: 11/16/09 | | | Claims Bar Date: | 09/10/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   December 31, 2009   Current Projected Date Of Final Report (TFR):   April 14, 2009 (Actual)

Case 08-70910    Doc 58    Filed 11/20/09    Entered 11/20/09 11:49:24    Desc Main
Document    Page 9 of 13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-70910 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HASHIMOTO, PAUL N | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HASHIMOTO, CYNTHIA K | | Account: | ***-*****82-65 - Money Market Account |
| Taxpayer ID #: | 54-6799543 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 11/16/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/08 | {19} | PAUL HASHIMOTO | DEBTORS' INTEREST IN NON-EXEMPT PROPERTY | 1229-000 | 461.45 | | 461.45 |
| 11/19/08 | {19} | CYNTHIA HASHIMOTO | DEBTORS' INTEREST IN NON-EXEMPT PROPERTY | 1229-000 | 500.00 | | 961.45 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.05 | | 961.50 |
| 12/11/08 | {19} | PAUL HASIMOTO | DEBTORS' INTEREST IN NON-EXEMPT PROPRETY | 1229-000 | 500.00 | | 1,461.50 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.10 | | 1,461.60 |
| 01/19/09 | {19} | CYNTHIA K. HASHIMOTO | DEBTORS INCOME TAX REFUND/Compromise | 1229-000 | 500.00 | | 1,961.60 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.08 | | 1,961.68 |
| 02/16/09 | {19} | PAUL HASHIMOTO | DEBTORS' INTEREST IN NON-EXEMPT PROPERTY | 1229-000 | 577.00 | | 2,538.68 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.10 | | 2,538.78 |
| 03/10/09 | {19} | CYNTHIA HASHIMOTO | COMPROMISE - FINAL PAYMENT | 1229-000 | 5,461.55 | | 8,000.33 |
| 03/25/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0600% | 1270-000 | 0.22 | | 8,000.55 |
| 03/25/09 | | To Account #********8266 | TRANSFER FOR FINAL REPORT | 9999-000 | | 8,000.55 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,000.55 | 8,000.55 | $0.00 |
| Less: Bank Transfers | | 0.00 | 8,000.55 | |
| Subtotal | | 8,000.55 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $8,000.55 | $0.00 | |

{} Asset reference(s)    Printed: 11/16/2009 03:31 PM    V.11.53

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-70910 | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | HASHIMOTO, PAUL N | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HASHIMOTO, CYNTHIA K | Account: | ***-*****82-66 - Checking Account |
| Taxpayer ID #: | 54-6799543 | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 11/16/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/09 | | From Account #*********8265 | TRANSFER FOR FINAL REPORT | 9999-000 | 8,000.55 | | 8,000.55 |
| 06/01/09 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,550.06, Trustee Compensation; Reference: | 2100-000 | | 1,550.06 | 6,450.49 |
| 06/01/09 | 102 | Chase Bank USA,N.A | Distribution paid  2.95% on $1,180.67; Claim# 16; Filed: $1,180.67; Reference: 9268 | 7100-000 | | 34.94 | 6,415.55 |
| 06/01/09 | 103 | Dell Financial Services, LLC | Distribution paid  2.95% on $1,934.97; Claim# 20; Filed: $1,934.97; Reference: 0054 | 7100-000 | | 57.26 | 6,358.29 |
| 06/01/09 | 104 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | Distribution paid  2.95% on $951.28; Claim# 21; Filed: $951.28; Reference: 2726 | 7100-000 | | 28.15 | 6,330.14 |
| 06/01/09 | 105 | eCAST Settlement Corporation assignee of | Distribution paid  2.95% on $205.44; Claim# 22; Filed: $205.44; Reference: 5697 | 7100-000 | | 6.08 | 6,324.06 |
| 06/01/09 | 106 | American Express Bank FSB | Distribution paid  2.95% on $14,465.13; Claim# 23; Filed: $14,465.13; Reference: 1001 | 7100-000 | | 428.04 | 5,896.02 |
| 06/01/09 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,327.74 | 2,568.28 |
| | | | Dividend paid 100.00% on $3,275.00; Claim# ATTY; Filed: $3,275.00 | 3110-000 | 3,275.00 | | 2,568.28 |
| | | | Dividend paid 100.00% on $52.74; Claim# EXP; Filed: $52.74 | 3120-000 | 52.74 | | 2,568.28 |
| 06/01/09 | 108 | Capital Recovery II | Combined Check for Claims#1,2,3,4,5,6,7 | | | 278.90 | 2,289.38 |
| | | | Dividend paid  2.95% on $314.00; Claim# 1; Filed: $314.00; Reference: 7009 | 7100-000 | 9.30 | | 2,289.38 |
| | | | Dividend paid  2.95% on $464.90; Claim# 2; Filed: $464.90; Reference: 0494 | 7100-000 | 13.76 | | 2,289.38 |
| | | | Dividend paid  2.95% on $1,673.77; Claim# 3; Filed: $1,673.77; Reference: 2371 | 7100-000 | 49.53 | | 2,289.38 |
| | | | Dividend paid  2.95% on $624.66; Claim# 4; Filed: $624.66; Reference: 5239 | 7100-000 | 18.48 | | 2,289.38 |
| | | | Dividend paid  2.95% on $2,482.85; Claim# 5; Filed: $2,482.85; | 7100-000 | 73.47 | | 2,289.38 |

Subtotals :  $8,000.55    $5,711.17

Printed: 11/16/2009 03:31 PM    V.11.53

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-70910 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HASHIMOTO, PAUL N | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HASHIMOTO, CYNTHIA K | | Account: | ***-*****82-66 - Checking Account |
| Taxpayer ID #: | 54-6799543 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 11/16/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Reference: 6952 | | | | | |
| | | | Dividend paid 2.95% on<br>$465.06; Claim# 6;<br>Filed: $465.06;<br>Reference: 0939 | 13.76 | 7100-000 | | | 2,289.38 |
| | | | Dividend paid 2.95% on<br>$3,399.75; Claim# 7;<br>Filed: $3,399.75;<br>Reference: 5032 | 100.60 | 7100-000 | | | 2,289.38 |
| 06/01/09 | 109 | CHASE BANK USA | Combined Check for<br>Claims#10,11,12,13,14,15 | | | | 712.35 | 1,577.03 |
| | | | Dividend paid 2.95% on<br>$732.64; Claim# 10;<br>Filed: $732.64;<br>Reference: 1343 | 21.68 | 7100-000 | | | 1,577.03 |
| | | | Dividend paid 2.95% on<br>$2,157.23; Claim# 11;<br>Filed: $2,157.23;<br>Reference: 6028 | 63.83 | 7100-000 | | | 1,577.03 |
| | | | Dividend paid 2.95% on<br>$5,648.79; Claim# 12;<br>Filed: $5,648.79;<br>Reference: 4694 | 167.15 | 7100-000 | | | 1,577.03 |
| | | | Dividend paid 2.95% on<br>$1,520.99; Claim# 13;<br>Filed: $1,520.99;<br>Reference: 9033 | 45.01 | 7100-000 | | | 1,577.03 |
| | | | Dividend paid 2.95% on<br>$7,201.54; Claim# 14;<br>Filed: $7,201.54;<br>Reference: 9233 | 213.10 | 7100-000 | | | 1,577.03 |
| | | | Dividend paid 2.95% on<br>$6,812.21; Claim# 15;<br>Filed: $6,812.21;<br>Reference: 2645 | 201.58 | 7100-000 | | | 1,577.03 |
| 06/01/09 | 110 | Discover Bank/DFS Services LLC | Combined Check for Claims#8,9 | | | | 571.38 | 1,005.65 |
| | | | Dividend paid 2.95% on<br>$12,891.12; Claim# 8;<br>Filed: $12,891.12;<br>Reference: 4383 | 381.46 | 7100-000 | | | 1,005.65 |

Subtotals :  $0.00   $1,283.73

{} Asset reference(s)

Printed: 11/16/2009 03:31 PM   V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-70910 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HASHIMOTO, PAUL N | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HASHIMOTO, CYNTHIA K | | Account: | \*\*\*-\*\*\*\*\*82-66 - Checking Account |
| Taxpayer ID #: | 54-6799543 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 11/16/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 2.95% on 189.92<br>$6,418.16; Claim# 9;<br>Filed: $6,418.16;<br>Reference: 5481 | 7100-000 | | | 1,005.65 |
| 06/01/09 | 111 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Combined Check for Claims#24,25 | | | 489.81 | 515.84 |
| | | | Dividend paid 2.95% on 274.51<br>$9,276.91; Claim# 24;<br>Filed: $9,276.91;<br>Reference: 5571/9969 | 7100-000 | | | 515.84 |
| | | | Dividend paid 2.95% on 215.30<br>$7,275.88; Claim# 25;<br>Filed: $7,275.88;<br>Reference: 7678/7549 | 7100-000 | | | 515.84 |
| 06/01/09 | 112 | PYOD LLC as assignee of Citibank | Combined Check for Claims#17,18,19 | | | 515.84 | 0.00 |
| | | | Dividend paid 2.95% on 337.60<br>$11,408.69; Claim# 17;<br>Filed: $11,408.69;<br>Reference: 1421 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.95% on 145.10<br>$4,903.39; Claim# 18;<br>Filed: $4,903.39;<br>Reference: 1542 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.95% on 33.14<br>$1,120.08; Claim# 19;<br>Filed: $1,120.08;<br>Reference: 3975 | 7100-000 | | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 8,000.55 | 8,000.55 $0.00 |
| Less: Bank Transfers | 8,000.55 | 0.00 |
| Subtotal | 0.00 | 8,000.55 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $8,000.55 |

{} Asset reference(s)    Printed: 11/16/2009 03:31 PM    V.11.53

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-70910 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HASHIMOTO, PAUL N | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HASHIMOTO, CYNTHIA K | | Account: | ***-*****82-66 - Checking Account |
| Taxpayer ID #: | 54-6799543 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 11/16/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****82-65 | 8,000.55 | 0.00 | 0.00 |
| Checking # ***-*****82-66 | 0.00 | 8,000.55 | 0.00 |
| | $8,000.55 | $8,000.55 | $0.00 |

{} Asset reference(s)                                                                    Printed: 11/16/2009 03:31 PM    V.11.53